CAUSE NO. DC-23-06248

| | | |
|---|---|---|
| LINDSAY CAUDILL and JANA RENEE EDWARDS<br>*Plaintiffs,*<br><br>v.<br><br>EAGLE SYSTEMS, INC. and MARIO SANTANA RODRIGUEZ<br>*Defendants.* | § § § § § § § § § § | IN THE DISTRICT COURT<br><br><br><br>68TH JUDICIAL DISTRICT<br><br><br><br>DALLAS COUNTY, TEXAS |

## ORDER

On April 18, 2025, a hearing was held on *Defendants' Motion for Sanctions*. The hearing was conducted as a hybrid hearing with Plaintiff's counsel appearing by Zoom and Defendants' counsel appearing in person. The court reporter was also present and a record was taken. After reviewing the motion and response on file and hearing the arguments of counsel, the Court finds that the motion is **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Defendants' Motion for Sanctions is granted and that sanctions against Plaintiff's counsel Osayuki Ogbeide be imposed in the amount of $10,000.00 which will be paid to Defendants' counsel within thirty (30) days of this Order.

Signed this ___ day of 4/20/2025 2025.

4/20/2025 11:34:59 PM

_____
Judge Presiding

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christie Bunch on behalf of Clint Cox
Bar No. 24040738
cbunch@coxpllc.com
Envelope ID: 99840223
Filing Code Description: Proposed Order/Judgment
Filing Description: PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS
Status as of 4/18/2025 12:31 PM CST

Associated Case Party: LINDSAY CAUDILL

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| *CHIRAG N.DESAI | | CDESAI-SVC@TJHLAW.COM | 4/18/2025 12:28:31 PM | SENT |

Associated Case Party: JANARENEEEDWARDS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Osayuki MichaelOgbeide | | omu@takeleadlaw.com | 4/18/2025 12:28:31 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Clint V.Cox | | ccox@coxpllc.com | 4/18/2025 12:28:31 PM | SENT |
| Jas Braich | | jbraich@coxpllc.com | 4/18/2025 12:28:31 PM | SENT |
| Jason Benham | | jbenham-svc@thomasjhenrylaw.com | 4/18/2025 12:28:31 PM | SENT |
| Ieisha Chandler | | ichandler@tjhlaw.com | 4/18/2025 12:28:31 PM | SENT |
| Alishba Lalani | | alalani@tjhlaw.com | 4/18/2025 12:28:31 PM | SENT |
| Laura Mondragon | | lauramondragon@tjhlaw.com | 4/18/2025 12:28:31 PM | SENT |
| Naved Qazi | | nqazi-svc@tjhlaw.com | 4/18/2025 12:28:31 PM | SENT |
| Christie Bunch | | cbunch@coxpllc.com | 4/18/2025 12:28:31 PM | SENT |