FILED
2/10/2025 9:37 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Keosha Wright DEPUTY

## CAUSE NO. DC-23-06248

| | | |
|---|---|---|
| **LINDSAY CAUDILL AND JANA RENEE EDWARDS** | § <br> § <br> § | **IN THE DISTRICT COURT** |
| *Plaintiffs,* | § <br> § | |
| **v.** | § <br> § | **68TH JUDICIAL DISTRICT** |
| **EAGLE SYSTEMS, INC. AND MARIO SANTANA RODRIGUEZ,** | § <br> § <br> § | |
| *Defendants.* | § | **DALLAS COUNTY, TEXAS** |

### NOTICE OF APPEARANCE

Please take notice that attorney Nathan Baum makes his appearance for non-party Thomas J. Henry Law, PLLC.  Mr. Baum requests that all notices, pleadings, and orders in this matter be served upon him.

Dated: February 10, 2025

Respectfully submitted,

*/s/ Nathan Baum*
Nathan Baum
State Bar No. 24082665
nathan.baum@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Ste. 3600
Dallas, TX  75201
(214) 855-7487
(214) 855-8200 Fax

**ATTORNEY FOR  NON-PARTY THOMAS J. HENRY LAW, PLLC**

### CERTIFICATE OF SERVICE

Pursuant to the Texas Rules of Civil Procedure, I certify that a true and correct copy of this filing was filed and served to all counsel of record on February 10, 2025.

*/s/ Nathan Baum*
Nathan Baum

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nathan Baum on behalf of Nathan Baum
Bar No. 24082665
nathan.baum@nortonrosefulbright.com
Envelope ID: 97163262
Filing Code Description: Notice Of Appearance
Filing Description:
Status as of 2/10/2025 9:47 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Clint V.Cox | | ccox@coxpllc.com | 2/10/2025 9:37:15 AM | SENT |
| Jas Braich | | jbraich@coxpllc.com | 2/10/2025 9:37:15 AM | SENT |
| Jason Benham | | jbenham-svc@thomasjhenrylaw.com | 2/10/2025 9:37:15 AM | SENT |
| Ieisha  Chandler | | ichandler@tjhlaw.com | 2/10/2025 9:37:15 AM | SENT |
| Alishba Lalani | | alalani@tjhlaw.com | 2/10/2025 9:37:15 AM | SENT |
| Laura Mondragon | | lauramondragon@tjhlaw.com | 2/10/2025 9:37:15 AM | SENT |
| Naved Qazi | | nqazi-svc@tjhlaw.com | 2/10/2025 9:37:15 AM | SENT |
| Christie Bunch | | cbunch@coxpllc.com | 2/10/2025 9:37:15 AM | SENT |

Associated Case Party: LINDSAY CAUDILL

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| *CHIRAG  N.DESAI | | CDESAI-SVC@TJHLAW.COM | 2/10/2025 9:37:15 AM | SENT |

Associated Case Party: JANARENEEEDWARDS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Osayuki MichaelOgbeide | | omu@takeleadlaw.com | 2/10/2025 9:37:15 AM | SENT |