# THOMAS J HENRY
## INJURY ATTORNEYS

A TRIAL FIRM OF MORE THAN 150 ATTORNEYS
REPRESENTING VICTIMS NATIONWIDE FOR MORE THAN 25 YEARS

---

January 24, 2023

**VIA REGULAR MAIL & EMAIL:**
Ms. Jana Edwards
801 Legacy Dr #414
Plano, Texas 75023
e: renee.garth@yahoo.com

RE:   Your Case: Renee Edwards, Jana
      Matter ID: 22-215133
      Date of Incident: 12/4/2022

Dear Ms. Edwards,

In an effort to make sure you have the latest and most accurate information with regard to your case, I want to highlight what has been discussed with you.

As you know, yesterday you spoke to Ms. Cato regarding your treatment and communication.

You informed us that you have received ESIs last week and that they have not worked. You were concerned because the doctor told you he planned on giving you a total of 4 ESIs, 2 in your C-spine and 2 in your L-spine. You were advised to communicate with your doctor and inform him that the ESIs are not helping and that you would like to see an Orthopedic doctor to assess your injuries.

I spoke with Dr. Wong with Tricity today. He told me he has been in communication with you and intends to schedule you for a follow up soon. Please let me know when the follow is scheduled.

You also had concerns with your communication with me. I assure you that I will be more responsive to correspondence and will maintain constant communication with you.

Thank you again for allowing Thomas J. Henry Injury Attorneys to represent you and as always, please feel free to contact me directly if you have any questions or concerns at 361-360-8500 ext. 422 or by email to pfournier@tjhlaw.com.

Very truly yours,
**THOMAS J. HENRY INJURY ATTORNEYS**

Pablo Azzad Fournier

---

TOLL FREE 1-855-740-8145 • FAX 1-877-513-1359 • TJHLAW.COM
MAILING ADDRESS 4715 Fredericksburg Road Ste. 507 • San Antonio, Texas 78229