7/3/25, 7:39 AM    THOMAS J HENRY LAW - Updated July 2025 - 28 Photos & 26 Reviews - 4401 West Gate Blvd, Austin, Texas - Personal Injury Law - Phone N…

Case 5:25-cv-00646-OLG-ESC    Document 14-12    Filed 09/10/25    Page 1 of 1

← Back to Search

### Emma R.
Downtown, Austin, TX



👥 0  ⭐ 1  📷 0

⭐⭐ Feb 25, 2025

my Auto Accident was not processed without much concern I suffered an Injury due to the Head on Accident and now have Life Changing Heart issues. So please Think Clearly before selecting Thomas J Henry

| 💡 Helpful 0 | 👏 Thanks 0 | 💗 Love this 0 | 😮 Oh no 0 |

### ronda i.
Austin, TX

👥 0  ⭐ 3  📷 0

⭐⭐ Jun 17, 2021

TJH, I have been a client for 3+ yrs. I was physically & mentally injured by YELLOW CAB. They admitted full guilt, the handicap taxi's do not know how to secure wheelchairs & if ur hurt...No1 cares plus they have a $100,000 cap. Protected by an Austin city ordinance. I was offered 7 figures 2yrs ago, well all this waiting &stress for nothing. Basically lives DO NOT matter to YELLOW CAB!! BE careful of TJH too. This has been a depressing, rollercoaster of a ride. Lots of people passing the buck.

| 💡 Helpful 3 | 👏 Thanks 2 | 💗 Love this 2 | 😮 Oh no 2 |

1 of 1

**143 other reviews that are not currently recommended** ⌄

---

**thomasjhenrylaw.com**

(512) 520-0221

**Get Directions**
4401 West Gate Blvd Ste 200 Austin, TX 78745

✏️ Suggest an edit

---

## Related Searches in Austin, TX

**Accident Attorney**
Need legal help after an accident? Find a trusted accident attorney in Austin to protect your rights and secure fair compensation.

**Bankruptcy Attorney**
Need expert help with debt relief? Find a skilled bankruptcy attorney in Austin to guide you through the process confidently.

**Bankruptcy Law**
Understand bankruptcy law in Austin and learn how legal protections can help you manage debt and rebuild your financial future.

**Business Law**
Find experienced business law services in Austin to guide you through contracts, compliance, and legal challenges for your company.

**Car Accident Lawyer**

## Browse Nearby

Coffee near Thomas J. Henry Law
Things to Do near Thomas J. Henry Law
Restaurants near Thomas J. Henry Law
Notaries near Thomas J. Henry Law
General Litigation near Thomas J. Henry Law
Accountants near Thomas J. Henry Law
Gyms near Thomas J. Henry Law
Martial Arts near Thomas J. Henry Law
Pot Pie near Thomas J. Henry Law

## Service Offerings in Austin

Assault, Battery & Intentional Torts

## Other Personal Injury Law Nearby

Find more Personal Injury Law near Thomas J. Henry Law

## People found Thomas J. Henry Law by searching for…

**Lawyers in Austin, Texas**
**Small Claims Lawyer in Austin, Texas**
**Car Accident Lawyer in Austin, Texas**
**Personal Injury Attorney in Austin, Texas**
**Consumer Law in Austin, Texas**
**Living Trust Attorney in Austin, Texas**

## Related Cost Guides

Advertising
Office Cleaning
Private Investigation
Shredding Services
Signmaking
Software Development
Video/Film Production
Web Design