**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS AUSTIN DIVISION**

| | | |
|---|---|---|
| **OSAYUKI OGBEIDE** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 5:25-CV-00646-OLG** |
| | § | |
| **THOMAS J. HENRY, PLLC** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**DEFENDANT THOMAS J. HENRY, PLLC'S QUARTERLY REPORT**

Defendant Thomas J. Henry, PLLC ("TJH") files this Quarterly Report as required by the Court's October 20, 2025 Order. Dkt. 28.  Plaintiff Osayuki Ogbeide ("Ogbeide") has not initiated any arbitration proceedings against TJH since the Court's October 20 Order.  The parties continue to engage in litigation in the case styled *Thomas J. Henry, PLLC v. Osayuki Michael Ogbeide*; Cause No. 471-04265-2024, pending in the 471st Judicial District Court in Collin County, Texas. As part of that case, Ogbeide has been incarcerated in the Travis County Jail and the Collin County Jail since December 23, 2025.

- 2 -

Dated: January 15, 2026

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

/s/ *Nathan Baum*
    Nathan Baum
    State Bar No. 24082665
    nathan.baum@nortonrosefulbright.com
    Mary Katherine Nix
    State Bar No. 24144075
    marykatherine.nix@nortonrosefulbright.com

2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been served upon Mr. Ogbeide on this 15th day of January, 2026

/s/ *Nathan Baum*
    Nathan Baum