**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS AUSTIN DIVISION**

| | | |
|---|---|---|
| OSAYUKI OGBEIDE | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| v. | § | **CASE NO. 5:25-CV-00646-OLG** |
| | § | |
| THOMAS J. HENRY, PLLC | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**DEFENDANT THOMAS J. HENRY, PLLC'S QUARTERLY REPORT**

Defendant Thomas J. Henry, PLLC ("TJH") files this Quarterly Report as required by the Court's October 20, 2025 Order. Dkt. 28.  Plaintiff Osayuki Ogbeide ("Ogbeide") has not initiated any arbitration proceedings against TJH since the Court's October 20 Order.

Dated: April 14, 2026

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

/s/ *Nathan Baum*
    Nathan Baum
    State Bar No. 24082665
    nathan.baum@nortonrosefulbright.com
    Mary Katherine Nix
    State Bar No. 24144075
    marykatherine.nix@nortonrosefulbright.com

2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

- 1 -

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I certify that this pleading was filed in the electronic filing system on April 14, 2026.

<u>*/s/ Nathan Baum*</u>
Nathan Baum